

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

FILED
MAR 22 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

STEPHANIE SANCHEZ

          Plaintiff(s),

v.

JOHNSON & JOHNSON, INC.,
JOHNSON & JOHNSON
PHARMACEUTICAL RESEARCH AND
DEVELOPMENT, LLC AND ORTHO-
MCNEIL PHARMACEUTICAL, INC.

          Defendant(s).

Case No. 2:06-CV-00071

LODGED
MAR - 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

    I, Andrew C. Allen attorney for Plaintiff, Stephanie Sanchez, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | Whatley Drake, LLC |
| Address: | 2323 2nd Avenue North |
| City: | Birmingham |
| State: | Alabama     ZIP Code: 35203 |
| Voice Phone: | (205) 328-9576 |
| FAX Phone: | (205) 328-9669 |
| Internet E-mail: | aallen@whatleydrake.com |
| Additional E-mail: | ecf@whatleydrake.com |
| I reside in City: | Birmingham     State: Alabama |

    I was admitted to practice in the Supreme Court of Alabama on September 26, 1988. I am presently in good standing and eligible to practice in said court. I am not currently

suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Jay Smith

Firm Name: Gilbert & Sackman, A Law Corporation

Address: 6100 Wilshire Boulevard, Suite 700

City: Los Angeles

State: California    ZIP Code: 90048-5117

Voice Phone: (323) 938-3000

FAX Phone: (323) 937-9139

E-mail: js@gslaw.org

Dated: February 24, 2006    Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: 3-8-06

JUDGE, U.S. DISTRICT COURT