United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

April 5, 2006

Jack L. Wagner, Clerk
Eastern District of California
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Re: **MDL 1742 Ortho Evra Products Liability Litigation**

<u>Transfer of Civil Cases</u>     <u>CAE#</u>
**Sanchez v. Johnson & Johnson, et al.**     2:06-71 GEB JFM

Dear Sir/Madam:

    Enclosed is a certified copy of the Conditional Transfer Order (CTO-1) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action(s) to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

    **If case has been entered into CM/ECF please e-mail Clerk's Office at the addresses below after the case has been closed. We will retrieve documents electronically. If case is not available on the internet, please provide only complaint, pending motions with all briefs in support or in opposition to pending motions and a certified copy of docket sheet.**

    Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk

By _____
   Renee Schumitsh
   MDL Coordinator
   (216) 357-7017

**Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov**

cc: MDL



I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: _____
Deputy Clerk

MAR 1 3 2006

FILED
CLERK'S OFFICE

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**DOCKET NO. 1742**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, ___F.Supp.2d___ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAR 29 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel